UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA FERGUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>T. L. CANNON MANAGEMENT CORPORATION, a New York Corporation.<br><br>Defendant. | Case No. 1:19-cv-01101-FJS-CFH |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiff Amanda Ferguson filed the above-referenced case against Defendant T.L. Cannon Management Corporation on September 6, 2019,

2. Whereas Defendant has not yet answered in this action, and thus dismissal is appropriate without court order;

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), Plaintiff seeks dismissal, with prejudice, of the complaint against Defendant.

Dated: December 20, 2019

THE SWEET LAW FIRM, P.C.

IT IS SO ORDERED.
December 23, 2019

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
1145 Bower Hill Dr. Ste 104
Pittsburgh, Pennsylvania 15243

*Attorneys for Plaintiff*

Frederick J. Scullin, Jr.
Senior United States District Judge

## CERTIFICATE OF SERVICE

I certify that on the 20th day of December, 2019, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                           */s/ Benjamin J. Sweet*
                                           Benjamin J .Sweet, Esq.